

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00361-CV

IN RE STEPHEN AVDEEF                                      RELATOR

-----------

## ORIGINAL PROCEEDING

-----------

## MEMORANDUM OPINION[1]

-----------

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. *See* Tex. R. Civ. P. 621a; Tex. R. App. P. 52.8(a), (d). Accordingly, relator's petition for writ of mandamus is denied.

PER CURIAM

PANEL: LIVINGSTON, C.J.; GARDNER and GABRIEL, JJ.

DELIVERED: October 23, 2013

---

[1]*See* Tex. R. App. P. 47.4, 52.8(d).